**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6432**

In the Matter of                                              Case Number:

CI Group Investments, LLC, an Illinois Limited Liability Company,                    Plaintiff,

v.

Ocean Atlantic Service Corporation, a Virginia Corporation,
                                                              Defendant.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CI Group Investments, LLC, an Illinois Limited Liability Company

J. N.

| | |
|---|---|
| NAME (Type or print) <br> Gregory J. Jordan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory J. Jordan | |
| FIRM <br> Polsinelli Shalton Flanigan Suelthaus | |
| STREET ADDRESS <br> 180 N. Stetson, Ste 4525 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205510 | TELEPHONE NUMBER <br> 312-873-3626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |