**Commonwealth of Virginia**



**State Corporation Commission**

Enter

Signoff

Help

Print

```
WEB#552                              CIS                          03/06/08
TCP00023   CISM3050       REGISTERED AGENT INQUIRY                18:27:24

   CORP ID:   0512665 - 1         CORP STATUS:  01  FEE DELINQ
   CORP NAME: OCEAN ATLANTIC SERVICE CORPORATION


CURRENT REGISTERED AGENT:
   NAME:    JOHN C CARROLL
   STREET:  1800 DIAGONAL RD STE 350

      CITY: ALEXANDRIA         STATE: VA  ZIP: 22314-0000
   STATUS:  3  PRESIDENT      EFF DATE: 09/20/07    LOC: 200 ALEXANDRIA CITY
------------------------------------------------------------------------------

OLD REGISTERED AGENT:
   NAME:    CT CORPORATION SYSTEM
   STREET:  4701 COX RD STE 300

      CITY: GLEN ALLEN                   STATE: VA  ZIP: 23060-0000
   STATUS:  5  B.E. AUTH      EFF DATE: 03/12/07    LOC: 143 HENRICO COUNTY
COMMAND:
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.