# ocean atlantic

News | Available Land | Careers | Investors | Proposals

**Company** | **Team** | **Projects** | **Approach** | **Commitment** | **Contact**

Contact

Careers

Investor Relations    Submit a Proposal

Available Land



**Washington, DC** (corporate office)
1800 Diagonal Road, Suite 350
Alexandria, Virginia 22314
Tel (703) 299-6060
Fax (703) 299-6199
inquiries@ocean-atlantic.com

**Chicago**
1751 West Diehl Road, Suite 130
Naperville, Illinois 60563
Tel (630) 717-6060
Fax (630) 717-6934

**Dallas**
1501 Dragon Street, Suite 104
Dallas, TX 75207
Tel (214) 679-2682
Fax (214) 742-6648

© 2005 Ocean Atlantic Services Corporation.
Please click here to read our Privacy Policy and User Agreement.