# ocean atlantic

News | Available Land | Careers | Investors | Proposals

**Company** | **Team** | **Projects** | **Approach** | **Commitment** | **Contact**

### Team

**Michael J. Ferraguto, Jr.**
Founder & Managing Director

**John C. Carroll**
Founder & Managing Director

**David G. Peregrin**
Senior Vice President

**Richard O. Haness**
Vice President

**Patrick J. Hughes**
Vice President &
General Counsel

**Ronald J. McGinnis**
Vice President

**Philippe R. Peter**
Corporate Controller

**Michael J. Ferraguto, III**
Associate Director

**Zachary S. Goldman**
Associate Director



**John C. Carroll**
Founder & Managing Director
Washington, DC

John C. Carroll is a Founding Partner and Managing Director of Ocean Atlantic. He is based in Washington, DC.

Prior to founding Ocean Atlantic, Mr. Carroll served as the Managing Executive of Talcon Projects, L.P., a publicly traded master limited partnership, which provided equity to homebuilders throughout California and the mid-Atlantic States. Before joining Talcon, he was the Executive Vice President of the National Housing Partnership, a national development company founded by Ray Watt and others. While at NHP, he was also the President of Housing Capital Corporation, a licensed SBIC specializing in residential "for sale" housing ventures throughout the United States with a primary emphasis on the Southern California market.

Mr. Carroll received his B.S. in Political Science from Brown University in 1972.

© 2005 Ocean Atlantic Services Corporation.
Please click here to read our Privacy Policy and User Agreement.