# AFFIDAVIT OF PROCESS SERVER

United States District Court                    State of Illinois

CI Group Investments, LLC, an Illinois Limited Liability    Attorney:
Company
                                                Polsinelli Shalton Flanigan Suelthaus P.C.
    Plaintiff                Gregory Jordan
                                                180 N. Stetson, Suite 4525
vs.                                             Chicago, IL. 60601

Ocean Atlantic Service Corporation, a Virginia Corporation

    Defendant


Case Number: 07 C 6432

Legal documents received by Same Day Process Service on November 15th, 2007 at 5:00 PM to be served upon Ocean Atlantic Service Corporation, c/o John Carroll, Registered Agent & President at 1800 Diagonal Rd., Suite 350, Alexandria, VA. 22314

I, B. Tony Snesko, swear and affirm that on November 19th, 2008 at 2:20 PM, I did the following:

NON-SERVED: After a number of diligent attempts, I was unable to serve the because the subject appears to be evading the service of process. Per Mr. Carroll's assistant at the above address, Mr. Carroll refused to make himself available for service. I located Mr. Carroll's residence at 635 First St., Apt. 401, which is a secure condominium complex. I contacted Mr. Carroll over thin in-house intercom and he admitted to being Mr. Carroll. When I informed him that I had legal documents to serve him on behalf of Ocean Atlantic Service Corporation, the intercom went dead and he refused to answer on 3 subsequent attempts at calling him.

Supplemental Data Appropriate to this Service:




I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____
B. Tony Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005835

District of Columbia: SS
Subscribed and Sworn to before me,
this ____ day of MARCH, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.