| | |
|---|---|
| **From:** | Gregory Jordan |
| **Sent:** | Monday, November 05, 2007 4:21 PM |
| **To:** | 'john.carroll@ocean-atlantic.com' |
| **Cc:** | 'silas shadid'; Anthony Nasharr |
| **Subject:** | Ocean Atlantic Service Corporation |
| **Attachments:** | CHIDM-#24875-v3-Ocean_Atlantic_Demand_Letter.pdf; CHIDM-#24890-v1-Guarantee_Complaint.pdf |

Mr. Carroll,

Please see the attached demand letter with draft complaint attached thereto.



**Gregory J. Jordan**
*Attorney*

Two Prudential Plaza
180 N. Stetson, Suite 4525
Chicago, IL 60601

tel: (312) 873-3626
fax: (312) 819-1910

gjordan@polsinelli.com
*Add me to your address book...*

3/6/2008