## Kirsten Marzolf

| | |
|---|---|
| **From:** | Audrey Saucedo |
| **Sent:** | Tuesday, November 06, 2007 9:07 AM |
| **To:** | Gregory Jordan |
| **Cc:** | Peter Schmidt; Kirsten Marzolf |

**Subject:** FW: FedEx Shipment 790867353332 Delivered

---

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** 11/06/2007 8:06 AM
**To:** Audrey Saucedo
**Subject:** FedEx Shipment 790867353332 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Polsinelli Shalton Flanigan |
| Name: | Gregory Jordan |
| E-mail: | asaucedo@polsinelli.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 053630-118936 |
| Ship (P/U) date: | Nov 5, 2007 |
| Delivery date: | Nov 6, 2007 9:03 AM |
| Sign for by: | Signature Release on file |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | |
| Tracking number: | 790867353332 |

| Shipper Information | Recipient Information |
|---|---|
| Gregory Jordan | John Carroll |
| Polsinelli Shalton Flanigan | Ocean Atlantic Service Corporation |
| 180 N. Stetson Avenue;Suite 4525 | 1800 DIAGONAL RD STE 425 |
| Chicago | ALEXANDRIA |
| IL | VA |
| US | US |
| 60601 | 223142859 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:06 AM CST on 11/06/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.