| | |
|---|---|
| **From:** | Gregory Jordan |
| **Sent:** | Tuesday, November 13, 2007 5:34 PM |
| **To:** | 'john.carroll@ocean-atlantic.com' |
| **Cc:** | silas shadid; Anthony Nasharr |
| **Subject:** | Ocean Atlantic Service Corporation |
| **Attachments:** | Carroll 11-13-07 Letter with Complaint.pdf; CI Group Complaint.pdf; CI Group Complaint Ex A.pdf |

Please see attached.



**Gregory J. Jordan**
*Attorney*

Two Prudential Plaza
180 N. Stetson, Suite 4525
Chicago, IL 60601

tel: (312) 873-3626
fax: (312) 819-1910

gjordan@polsinelli.com
*Add me to your address book...*

3/6/2008