# Polsinelli

Shalton | Flanigan | Suelthaus PC

Gregory J. Jordan
(312) 873-3626
gjordan@polsinelli.com

180 N. Stetson Avenue, Suite 4525 | Chicago, IL 60601-6733
(312) 819-1900 | Facsimile: (312) 819-1910 | www.polsinelli.com

November 13, 2007

**BY ELECTRONIC MAIL**

John Carroll
President
Ocean Atlantic Service Corporation
1800 Diagonal Road, Suite 350
Alexandria, Virginia 22314

Re: **Lawsuit Filed against Ocean Atlantic Service Corporation**

Dear Mr. Carroll:

I have enclosed a copy of the lawsuit that CI Group Investment, LLC filed in the United States District Court for the Northern District of Illinois to enforce its contractual rights against Ocean Atlantic Service Corporation.

Truly yours,

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC

Gregory J. Jordan

GJJ:rwj
Enclosure
cc:   Silas Shadid (w/ Enc.)
      Anthony Nasharr (w/ Enc.)

C:\Program Files\Microsoft Office\Templates\PSW Templates\Letter.dot

Kansas City    St. Louis    Chicago    New York    Washington, D.C.
          Overland Park    Topeka    Edwardsville