IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CI Group Investments, LLC, an Illinois Limited Liability Company,** ) ) ) | |
| ) | **Case No. 07-cv-06432** |
| **Plaintiff,** ) ) | |
| v. ) ) | **Hon. Elaine E. Bucklo** |
| **Ocean Atlantic Service Corporation, a Virginia Corporation,** ) ) ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

    Please Be Advised that on March 11, 2008 at 9:30 a.m., the undersigned will appear by counsel before the Honorable Elaine E. Bucklo, or any judge presiding in his stead in Courtroom 1441, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the undersigned's Motion for Determination of Effective Service Or in the Alternative, Motion for Approval of Alternate Form of Service, a copy of which is attached hereto.

                                       **Respectfully Submitted,**
                                       **CI Group Investments, LLC**

                          By:    _/s/ Gregory J. Jordan_____
                                   One of Its Attorneys