IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CI Group Investments, LLC, an Illinois Limited Liability Company** ) ) )     **Plaintiff,** ) )     **v.** ) ) **Ocean Atlantic Service Corporation, a Virginia Corporation,** ) ) )     **Defendant.** ) | **Case No. 07-cv-06432** <br><br> **Hon. Elaine E. Bucklo** |

## CERTIFICATE OF SERVICE

    I, Gregory J. Jordan, an attorney, certify that I served the Order (Docket # 9) entered by the Clerk on March 11, 2008 in the above captioned case, and the motion to which reference is made therein this 12th day of March 2008 to the Defendant via the following means:

| Federal Express Priority Overnight:<br><br>Ocean Atlantic Service Corporation<br>c/o John C. Carroll, Registered Agent<br>1800 Diagonal Road, Ste. 350<br>Alexandria, Virginia 22314 | United States Postal Service:<br><br>Ocean Atlantic Service Corporation<br>c/o John C. Carroll, Registered Agent<br>1800 Diagonal Road, Ste. 350<br>Alexandria, Virginia 22314<br><br>with proper first-class postage pre-paid, before the hour of 5:00 p.m. |
|---|---|
| Facsimile:<br><br>Ocean Atlantic Service Corporation<br>c/o John C. Carroll, Registered Agent<br>Facsimile No.: (703) 299-6199<br><br>before the hour of 5:00 p.m. | Electronic Mail:<br><br>    john.carroll@ocean-atlantic.com<br><br>before the hour of 5:00 p.m. |

                                                                 /s/ Gregory J. Jordan