# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

CI Group Investments, LLC

                        Plaintiff,

v.                                         Case No.: 1:07−cv−06432

                                         Honorable Elaine E. Bucklo

Ocean Atlantic Service Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiff's motion to find service on defendant Ocean Atlantic Corporation effective [7] heard and the motion is granted. Responsive pleading will be due in 20 days. Status hearing held on 3/11/2008.Status hearing set for 5/23/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.