Track Shipments/FedEx Kinko's Orders
**Detailed Results**

 Quick Help

| | |
|---|---|
| Tracking number | 790959211349 |
| Signed for by | Signature release on file |
| Ship date | Mar 12, 2008 |
| Delivery date | Mar 13, 2008 8:58 AM |
| Status | Delivered |
| Signature image available | No |

| | |
|---|---|
| Reference | 053630-118936 |
| Destination | ALEXANDRIA, VA |
| Service type | Priority Envelope |
| Weight | 1.0 lbs. |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 13, 2008 | 8:58 AM | Delivered | ALEXANDRIA, VA | Left at front door. Package delivered to recipient address - release authorized |
| | 8:22 AM | On FedEx vehicle for delivery | ALEXANDRIA, VA | |
| | 7:57 AM | At local FedEx facility | ALEXANDRIA, VA | |
| | 6:23 AM | At dest sort facility | DULLES, VA | |
| | 2:03 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 12, 2008 | 11:55 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:10 PM | Left origin | CHICAGO, IL | |
| | 4:16 PM | Picked up | CHICAGO, IL | |
| | 10:06 AM | Package data transmitted to FedEx | | |

[ Signature proof ] [ E-mail results ] [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name: [        ]          Your e-mail address: [        ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [ Submit ]