```
*************** -COMM. JOURNAL- ******************* DATE MAR-12-2008 ***** TIME 10:25 ********

        MODE = MEMORY TRANSMISSION            START=MAR-12 10:11      END=MAR-12 10:25

           FILE NO.=416

STN    COMM.        STATION NAME/EMAIL ADDRESS/TELEPHONE NO.        PAGES       DURATION
NO.

001    OK           ☎917032996199                                   064/064     00:14:03


                                                          -Polsinelli            -

***** UF-8000 v2 ******************* -POLSINELLI    - ***** -            - *********
```

# Polsinelli
### Shalton | Flanigan | Suelthaus pc

## Fax Information Sheet

**DATE:** March 12, 2008

| TO: | FAX NO.: |
|---|---|
| John C. Carroll, Registered Agent, Ocean Atlantic Service Corporation | 703-299-6199 |

**FROM:** Gregory J. Jordan

**RE:** CI Group Investments, LLC v. Ocean Atlantic Service Corp.: Motion and Order

**CLIENT\MATTER NO.:** 053630-118936

**Personal ID No.:**

**Number of pages including cover sheet:** 64

CONFIDENTIALITY NOTICE: The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

If you do not receive all pages of this communication, please call Kirsten L. Marzolf at (312) 819-1900.

**Message**

Please see attached.

Two Prudential Plaza
180 N. Stetson Avenue, Suite 4525
Chicago, IL 60601
Telephone: (312) 819-1900
Fax: (312) 819-1910

# Polsinelli
## Shalton | Flanigan | Suelthaus PC

# Fax Information Sheet

**DATE:** March 12, 2008

| TO: | FAX NO.: |
|---|---|
| John C. Carroll, Registered Agent, Ocean Atlantic Service Corporation | 703-299-6199 |

**FROM:** Gregory J. Jordan

**RE:** CI Group Investments, LLC v. Ocean Atlantic Service Corp.: Motion and Order

**CLIENT\MATTER NO.:** 053630-118936

**Personal ID No.:**

**Number of pages including cover sheet:** 64

CONFIDENTIALITY NOTICE: The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

If you do not receive all pages of this communication, please call Kirsten L. Marzolf at (312) 819-1900.

**Message**

Please see attached.

Two Prudential Plaza
180 N. Stetson Avenue, Suite 4525
Chicago, IL 60601
Telephone: (312) 819-1900
Fax: (312) 819-1910