| | |
|---|---|
| **From:** | Gregory Jordan |
| **Sent:** | Wednesday, March 12, 2008 1:53 PM |
| **To:** | 'john.carroll@ocean-atlantic.com' |
| **Cc:** | silas shadid; Jean Soh |
| **Subject:** | Service on Ocean Atlantic |
| **Attachments:** | doc20080312093209.pdf; CHIDM-#30433-v1-Order_Granting_Effective_Service.PDF |

Mr. Carroll,

Please see attached the order finding that service on your company was proper in regard to CI Group's complaint. I have also attached the motion we filed, which includes the complaint as an exhibit. Please ensure that your company files its answer in a timely fashion in accordance with the order.



**Gregory J. Jordan**
*Attorney*

Two Prudential Plaza
180 N. Stetson, Suite 4525
Chicago, IL 60601

tel: (312) 873-3626
fax: (312) 819-1910

gjordan@polsinelli.com
*Add me to your address book...*

4/21/2008