IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CI Group Investments, LLC, an Illinois Limited Liability Company | ) ) ) | |
| | ) | Case No. 07-cv-06432 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Elaine E. Bucklo |
| Ocean Atlantic Service Corporation, a Virginia Corporation, | ) ) ) ) | Hearing Date: May 1, 2008 9:30 a.m. Location: Courtroom 1441 |
| Defendant. | ) | |

### NOTICE OF MOTION

Please Be Advised that on May 1, 2008 at 9:30 a.m., the undersigned will appear by counsel before the Honorable Elaine E. Bucklo, or any judge presiding in her stead in Courtroom 1441, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the undersigned's Motion for Default Judgment, a copy of which is attached hereto.

                                                  **Respectfully Submitted,**
                                                  **CI Group Investments, LLC**


                      By:_____/s/ Gregory J. Jordan_____
                                One of Its Attorneys

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, hereby certify that on April 21, 2008, I delivered this Notice of Motion and the document to which reference is made by electronic transmission to all persons who have followed the electronic notice procedures in the above-reference case and via United States mail on any parties on the attached service list not notified electronically on this 21st day of April.

                                                             /s/ Gregory J. Jordan

## SERVICE LIST

John C. Carroll, Registered Agent

Ocean Atlantic Service Corporation

1800 Diagonal Road, Suite 350

Alexandria, Virginia 22314