# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6432 | **DATE** | 5/1/2008 |
| **CASE TITLE** | CI group Investments vs. Ocean Atlantic Service Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment heard on 5/1/08 and the motion is granted. Accordingly, the court finds defendant in default and judgement is entered in favor of plaintiff and against defendant Ocean Atlantic Service Corporation in the total amount of $2,166,653.15 including defendant's indebted amount of $1,999,744.71 as of 11/5/2007 and the accrued interest and the costs of collection.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|