# United States District Court

## Northern District of Illinois
Eastern Division

CI Group　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　Case Number: 07 C 6432

Ocean Atlantic Service

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for default judgment is granted. Accordingly, the court finds defendant in default and judgment is entered in favor of plaintiff and against defendant Ocean Atlantic Service Corporation in the total amount of $2,166,653.15 including defendant's indebted amount of $1,999,744.71 as of 11/5/2007 and the accrued interest and the costs of collection.

　　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 5/1/2008　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　/s/ Mathew P. John, Deputy Clerk